## SPENCER *v.* ROWE.

FISH, C. J. A verdict was rendered for the plaintiff. The judgment of the trial court overruling the defendant's motion for a new trial was reversed by the Supreme Court, on account of an erroneous instruction given to the jury. *Rowe v. Spencer,* 132 *Ga.* 426 (64 S. E. 468). Upon a second trial a verdict was again rendered in favor of the plaintiff. The trial judge granted a new trial. This was the first exercise of his discretion in granting a new trial. As the verdict under the evidence and the law applicable thereto was not demanded, there was no abuse of discretion by the trial judge, and his judgment granting a new trial will be affirmed. *Kuhnen v. Postal Telegraph-Cable Company,* 135 *Ga.* 390 (69 S. E. 554).

*Judgment affirmed. All the Justices concur.*

May 9, 1911.

Trover. Before Judge Brand. Gwinnett superior court. January 22, 1910.

*E. O. Dobbs* and *I. L. Oakes,* for plaintiff in error.

*J. V. Pool* and *J. A. Perry,* contra.